**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Niagara Pharmaceuticals Inc | 12/12/2022 | 266433 | Check | $ 21,456.00 |
| | | | | | $ 21,456.00 |