# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>NIAGARA PHARMACEUTICALS, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50299 (KBO) |

**CERTIFICATION OF COUNSEL REGARDING ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7012(a)(2) SETTING DEADLINE FOR DEFENDANT NIAGARA PHARMACEUTICALS, INC., TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

The undersigned counsel to George L. Miller, in his capacity as Chapter 7 Trustee for the bankruptcy estates of Akorn Holding Company LLC, Akorn Intermediate Company LLC, and Akorn Operating Company LLC (collectively, the "Debtors") and plaintiff in the above-captioned adversary proceeding ("Plaintiff") hereby certifies that:

1. On February 14, 2025, Plaintiff filed its complaint against the above-captioned defendant (the "Complaint") [Adv. D.I. 1] in the United States Bankruptcy Court for the District of Delaware.

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123); and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

56897948.1

2.	On August 22, 2025, the summons and notice of dispute resolution alternatives was filed [Adv. D.I. 3] and subsequently served with the Complaint upon Niagara Pharmaceuticals, Inc. ("Defendant," and together with Plaintiff, the "Parties") under the Hague Convention.

3.	On December 9, 2025, Defendant, through its counsel, confirmed that it was served.

4.	Rule 7012(a)(2) of the Federal Rules of Bankruptcy Procedure provides that the "court must set forth the time to serve an answer to a complaint . . . served on a party in a foreign country." Fed. R. Bankr. P. 7012(a)(2).

5.	The Parties have agreed, subject to Court approval, that Defendant shall have until January 20, 2026, to answer or otherwise respond to the Complaint, without prejudice to seek further extensions. Attached hereto as **Exhibit A** is a proposed form of order (the "Proposed Order") reflecting the Parties' agreement.

6.	Accordingly, Plaintiff respectfully requests that the Court enter the Proposed Order attached hereto as **Exhibit A** at its earliest convenience.

| | |
|---|---|
| Dated: December 15, 2025<br>Wilmington, Delaware | **SAUL EWING LLP**<br><br>/s/ *Paige N. Topper*<br>Evan T. Miller (DE Bar No. 5364)<br>Paige N. Topper (DE Bar No. 6470)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>Email: evan.miller@saul.com<br>　　　　　paige.topper@saul.com<br><br>*Counsel for Plaintiff* |