## EXHIBIT A

**Proposed Order**

56897948.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[2]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>NIAGARA PHARMACEUTICALS, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50299 (KBO) |

**ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7012(a)(2) SETTING DEADLINE FOR DEFENDANT NIAGARA PHARMACEUTICALS, INC., TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Upon consideration of the *Certification of Counsel Regarding Order Pursuant to Federal Rule of Bankruptcy Procedure 7012(a)(2) Setting Deadline for Defendant Niagara Pharmaceuticals, Inc., to Answer or Otherwise Respond to the Complaint*; it is **HEREBY ORDERED**, pursuant to Federal Rule of Bankruptcy Procedure 7012(a)(2), that:

1. Defendant's deadline to answer or otherwise respond to the Complaint is January 20, 2026, without prejudice for further extensions.

---

[2] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123); and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

56897948.1

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.