# Exhibit A

## Schedule of Settlements Subject to Notice of Settlement Provisions

| Name | Gross Amount Demanded | Settlement Amount[1] | Adversary Number | Asserted Defenses/ Settlement Summary[2] |
|---|---|---|---|---|
| Delta Synthetic Co., Ltd. | $275,065.72 | $120,000.00 | 25-50247 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Fisher Scientific Company LLC | $401,600.17 | $10,000.00 | 25-50148 | Settlement is at least 95% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Niagara Pharmaceuticals Inc. | $21,456.00 | $10,000.00 | 25-50299 | Settlement is at least 90% of the estimated net preference liability after accounting for a defense under 547(c)(4). |
| Motion Industries, Inc. | $26,231.29 | $7,500.00 | 25-50185 | Settlement is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)(1) and (c)(2). |
| Tiefenbacher API & Ingredients | $213,425.91 | $60,000.00 | 25-50215 | Settlement is at least 60% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

1 Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

2 Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.